

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Robert Simba Makoni

**Plaintiff,**

V.

See Attachment

**Defendant.**

Civil Action No. 16cv2335-AJB-WVG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court dismisses this civil action in its entirety without prejudice based on its lack of proper venue pursuant to 28 U.S.C. § 1406(a), and Plaintiff's failure to prosecute pursuant to FED. R. CIV. P. 41(b) in compliance with the Court's December 13, 2016, and February 22, 2017 Orders. The Court further CERTIFIES that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date: 6/8/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Fincher

L. Fincher, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 16cv2335-AJB-WVG

Robert Downs, (PTS) Operations;  Sgt Smith, (PTS) Transport Officer;  K. Adams, (PTS) Transport Officer; K. Westbrooks, (PTS) Transport Officer;  Sgt Sullivan, Transport Officer for PTS of America; Officer Morgan, Transport Officer for PTS of America;  Prisoner Transportation Services; Officer Johnson Gwinnet, County Sheriff's Department; Officer Jones, Clayton County Sheriff's Department;  Dr. Warren, Medical Doctor at Clayton County Jail